Matter of Ewing (2025 NY Slip Op 00556)

Matter of Ewing

2025 NY Slip Op 00556

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

773 CA 24-00393

[*1]IN THE MATTER OF THE ESTATE OF GORDON EWING, ALSO KNOWN AS GORDON M. EWING, DECEASED. NANCY EWING, EXECUTOR OF THE ESTATE OF GORDON EWING, DECEASED, PETITIONER-APPELLANT, GAIL BURNS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF REBECCA J. BURNS-EWING, RESPONDENT-RESPONDENT. (APPEAL NO. 3.)

COLE, SORRENTINO, HURLEY, HEWNER & GAMBINO, P.C., BUFFALO, MAGAVERN MAGAVERN GRIMM LLP (EDWARD J. MARKARIAN OF COUNSEL), FOR PETITIONER-APPELLANT.
JEFFREY F. VOELKL, WILLIAMSVILLE, FOR RESPONDENT-RESPONDENT.

 Appeal from an order of the Surrogate's Court, Erie County (Acea M. Mosey, S.), entered July 12, 2022. The order, among other things, denied in part petitioner's motion for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Panella [appeal No. 2], 218 AD3d 1198, 1199 [4th Dept 2023]; Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988, 988 [4th Dept 1988]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court